IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRUCE FREEMAN CANADY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 3:04-CV-0216-M |
| | ) (No. 3:02-CR-006-M) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER ACCEPTING THE AMENDED FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Amended Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on Petitioner's motion for reconsideration and motion to vacate, set aside, or correct sentence, brought pursuant to 28 U.S.C. § 2255. Objections were filed, and the District Court has made a *de novo* review of those portions of the proposed Amended Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 22 day of November, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE